| | |
|---|---|
| 1 | BANNING MICKLOW BULL & LOPEZ LLP |
| | Eugene A. Brodsky, State Bar No. 36691 |
| 2 | Kurt Micklow, State Bar No. 113974 |
| | Jennifer L. Fiore, State Bar No. 203618 |
| 3 | One Market, Steuart Tower, Suite 1440 |
| | San Francisco, California 94105-1528 |
| 4 | Telephone: (415) 399-9191 |
| | Facsimile: (415) 399-9192 |
| 5 | |
| | Attorneys for Plaintiffs |
| 6 | JEFFERY L. LUQUE, individually and as |
| | Guardian ad Litem for CHRISTENE LUQUE, |
| 7 | a minor |
| 8 | ROBERT D. McCALLUM, JR. |
| | Assistant Attorney General |
| 9 | JOHN K. VINCENT |
| | United States Attorney |
| 10 | R. MICHAEL UNDERHILL |
| | Attorney in Charge, West Coast Office |
| 11 | JEANNE M. FRANKEN |
| | Trial Attorney |
| 12 | U.S. Department of Justice |
| | Torts Branch, Civil Division |
| 13 | 450 Golden Gate Avenue, Room 7-5395 |
| | P.O. Box 36028 |
| 14 | San Francisco, CA 94102-3463 |
| | Telephone: (415) 436-6644 |
| 15 | Facsimile: (415) 436-6632 |
| 16 | Attorneys for Defendant |
| | UNITED STATES OF AMERICA |
| 17 | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 20 | JEFFERY L. LUQUE, individually and as Guardian ad Litem for CHRISTENE LUQUE, a minor, | ) Civ. No: C 05-2471 JSW ) ) **STIPULATION AND** |
| 21 | | ) **[PROPOSED] ORDER** |
| 22 | Plaintiffs, | ) **SELECTING ADR PROCESS** ) |
| 23 | vs. | ) ) |
| 24 | THE UNITED STATES OF AMERICA, | ) ) |
| 25 | | ) |
| | Defendant. | ) |
| 26 | _____ | ) |
| 27 | /// | |
| 28 | /// | |

1

Stipulation and [Proposed] Order Selecting ADR Process            CASE NO. CIV. 05-2471 JSW

Plaintiffs, JEFFREY L. LUQUE, individually and as Guardian ad Litem for CHRISTENE LUQUE, a minor, and Defendant, UNITED STATES OF AMERICA, by and through their counsel of record hereby stipulate to participate in a settlement conference before a magistrate judge. The parties anticipate being ready for a settlement conference by February 2006.

If the parties are unable to resolve the matter at the settlement conference, the parties plan to select a mediator and engage in private mediation, if necessary. The parties expect that the private mediation can be completed by May 31, 2006.

IT IS SO STIPULATED.

Dated: September 19, 2005      BANNING MICKLOW BULL & LOPEZ LLP


                                            /S/ Jennifer L. Fiore
EDWARD M. BULL, III
EUGENE A. BRODSKY
JENNIFER L. FIORE

Attorneys for Plaintiff
RAMONA GAYTON


Dated: September 19, 2005      ROBERT D. McCALLUM, JR.
Assistant Attorney General
JOHN K. VINCENT
United States Attorney


                                            /S/ Jeanne M. Franken
JEANNE M. FRANKEN
Trial Attorney
U.S. Department of Justice

Attorneys for Defendant
UNITED STATES OF AMERICA

**CERTIFICATE OF SIGNATURE(S)**

I attest that the content of the document is acceptable to all persons above, who were required to sign the document.      /S/ Jennifer L. Fiore

**PURSUANT TO STIPULATION IT IS ORDERED THAT:**

The parties are to participate in a settlement conference before a magistrate judge to be completed in February 2006. The parties are further ordered to participate in private mediation to be completed by May 31, 2006, if the matter is not resolved following the settlement conference.

Dated: September 20, 2005

THE HONORABLE JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

cc: ADR Department
Wings Hom