## BANNING MICKLOW BULL & LOPEZ LLP
### ATTORNEYS AT LAW

**Jennifer Fiore**
Of Counsel

E-mail: jfiore@
banningmicklow.com

One Market, Steuart Tower • Suite 1440
San Francisco, California 94105-1528
(415) 399-9191
Telecopier (415) 399-9192
E-mail: info@banningmicklow.com

SAN DIEGO
•
SAN FRANCISCO
•
AMERICAN SAMOA
•
LONDON

January 24, 2006

**IT IS SO ORDERED**
*Judge James Larson*

**VIA ELECTRONIC FILING**
The Honorable James Larson
United States District Court
Northern District of California
450 Golden Gate Avenue
Courtroom F, 15th Floor
San Francisco, California 94102

Re:   <u>Luque v. United States of America</u>, Case No. 05-2471 JSW (JL)

Dear Judge Larson:

In accordance with my conversation of today with Venice Thomas, the parties in the above-referenced matter respectfully request that the Settlement Conference, which has been set for February 15, 2006, at 2:00 p.m., be continued to March 24, 2006, at 10:00 a.m.

The brief continuance is requested so that the parties may complete certain discovery before the conference, including the depositions of two of the Defendants' employees and Plaintiff's treating physician. It is expected that the employees will be deposed on March 1, 2006, and that the doctor's deposition will be completed in early March.

Please be advised that the parties will be submitting a Stipulation and [Proposed] Order to the Honorable Jeffrey S. White requesting that the deadline to conduct a settlement conference be continued from February 24 to March 24, 2006.

Respectfully submitted,

BANNING MICKLOW BULL & LOPEZ

/s/ Jennifer L. Fiore
Jennifer L. Fiore

cc by e-filing:   Jeanne Franken, Esq.
Attorneys for Defendant