1  BANNING MICKLOW BULL & LOPEZ LLP
   Eugene A. Brodsky, State Bar No. 36691
2  Kurt Micklow, State Bar No. 113974
   Jennifer L. Fiore, State Bar No. 203618
3  One Market, Steuart Tower, Suite 1440
   San Francisco, California 94105-1528
4  Telephone:  (415) 399-9191
   Facsimile:   (415) 399-9192
5
   Attorneys for Plaintiffs
6  JEFFERY L. LUQUE, individually and as
   Guardian ad Litem for CHRISTENE LUQUE,
7  a minor

8              UNITED STATES DISTRICT COURT

9            NORTHERN DISTRICT OF CALIFORNIA

10 JEFFERY L. LUQUE, individually and as   )   Civ. No: C 05-2471 JSW
   Guardian ad Litem for CHRISTENE         )
11 LUQUE, a minor,                         )   **PLAINTIFFS' REQUEST FOR**
                                           )   **MISCELLANEOUS**
12                 Plaintiffs,             )   **ADMINISTRATIVE RELIEF**
                                           )   **CONTINUING THE**
13 vs.                                     )   **DEADLINE TO CONDUCT A**
                                           )   **SETTLEMENT**
14 THE UNITED STATES OF AMERICA,           )   **CONFERENCE; AND**
                                           )   **[PROPOSED] ORDER**
15                 Defendant.             )
                                           )
16 _____ )

17

18

19      Plaintiffs, JEFFREY L. LUQUE, individually and as Guardian ad Litem for

20 CHRISTENE LUQUE, a minor, and hereby request that the deadline to conduct

21 the settlement conference be continued to June 7, 2006, or as soon thereafter as

22 Magistrate Judge Larson is available.

23      On October 19, 2005, the Court ordered that the settlement conference be

24 conducted by February 24, 2006.  On January 19, 2006, Judge Larson issued an

25 order setting the settlement conference for February 15, 2006, at 2:00 p.m.

26      On January 25, 2006, by way of letter from Plaintiffs' counsel, the parties

27 requested that the settlement conference be continued to March 24, 2006.  On

28 January 25, 2006, the parties also filed a Stipulation and [Proposed] Order

Continuing the Deadline to Conduct a Settlement Conference from February 24, 2006 to March 24, 2006.

## GOOD CAUSE EXISTS FOR CONTINUING THE DEADLINE TO CONDUCT A SETTLEMENT CONFERENCE

On March 14, 2006, Plaintiffs' counsel met with Jeffrey L. Luque's treating physician, Joseph Meyers, M.D., to discuss Mr. Luque's foot injury and ongoing complaints.  During the conference with Dr. Meyers, he advised that Mr. Luque is suffering from metatarsalgia; Mr. Luque is permanently disabled and unable to return to his pre-accident job as a Teamsters truck driver.  Up until this point, it had been hoped that Mr. Luque's condition would improve so that he could return to his former occupation.  Mr. Luque, however, now needs to be evaluated by a vocational rehabilitation expert in order for his damages and any mitigated earnings to be properly evaluated.  Given the recent development and need for evaluation, Mr. Luque is not in a position to submit to a meaningful settlement conference until after such vocational testing and analysis is performed.

On March 16, 2006, Plaintiffs' counsel, Ms. Fiore, contacted counsel for the Defendant, Jeanne M. Franken, with respect to continuing the settlement conference based upon Dr. Meyers' findings.  On March 17, 2006, Ms. Fiore and Ms. Franken spoke about the situation.  During the conversation, Ms. Fiore advised that Plaintiffs' counsel is in the process of scheduling the vocational rehabilitation examination.  Ms. Fiore further advised that Plaintiff would stipulate to appear for a defense medical examination and a defense vocational rehabilitation examination.

Ms. Franken has advised that the United States is not opposed to a further continuance of the settlement conference date in theory, but has concerns regarding the deadlines in this case in light of the representations of Plaintiffs' counsel regarding Plaintiff's condition, some difficulties which have arisen during discovery, and the fact the government agreed to Plaintiffs' previous request for a

1   continuance of a settlement conference date.  Counsel for the United States does
2   not anticipate filing an opposition to Plaintiffs' application.

3         As a result of the foregoing, on March 17, 2006, Ms. Fiore contacted Judge
4   Larson's chambers and spoke with Venice Thomas regarding a continuance of the
5   settlement conference.  Ms. Fiore inquired about the process for continuing the
6   conference as well as a potential date approximately 60 days from the March 24
7   date.  According to Ms. Thomas, Judge Larson's first available date is June 7,
8   2006 at 2:00 p.m.

9         Based upon Mr. Luque's need for evaluation and allowing the Defendant an
10  opportunity to have Mr. Luque appear for defense medical and vocational
11  rehabilitation examinations, there is good cause for continuing the deadline to
12  conduct a settlement conference until June 7, 2006, or as soon thereafter as Judge
13  Larson is available.  Continuing the deadline to June 7, 2006 should allow all
14  parties sufficient time to conduct the necessary examinations and evaluation of
15  Mr. Luque's damages.

16        It is Plaintiffs' position that continuing the deadline to conduct the
17  settlement conference will not adversely impact any of the pretrial deadlines, such
18  as the Non-Expert Discovery Cutoff date of May 22, 2006 or the trial date of
19  October 23, 2006.  Plaintiffs, therefore, respectfully request that the deadline to
20  conduct a settlement conference be continued to June 7, 2006, or as soon
21  thereafter as Judge Larson is available.

22

23  Dated:  March 17, 2006              BANNING MICKLOW BULL & LOPEZ LLP

24                                         /s/ Jennifer L. Fiore
25                                      KURT MICKLOW
                                        EUGENE A. BRODSKY
26                                      JENNIFER L. FIORE

27                                      Attorneys for Plaintiffs
                                        JEFFERY L. LUQUE, individually and as
28                                      Guardian ad Litem for CHRISTENE LUQUE,
                                        a minor

Plaintiffs' Request for Miscellaneous Administrative Relief Continuing the
Deadline to Conduct a Settlement Conference; and ~~[Proposed]~~ Order          CASE NO. CIV. 05-2471 JSW

1

2                           **<u>ORDER</u>**

3          IT IS SO ORDERED.  The parties are to participate in a settlement

4  conference with Magistrate Judge Larson on June 7, 2006, or as soon thereafter as

5  Judge Larson is available.   The Court has received and considered Defendant's response to
                               Plaintiff's request.  There being no direct opposition to the request,
6                               it is GRANTED.

7  Dated: ~~March 21~~            , 2006
                                      THE HONORABLE JEFFREY S. WHITE
8                                     UNITED STATES DISTRICT JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Plaintiffs' Request for Miscellaneous Administrative Relief Continuing the
Deadline to Conduct a Settlement Conference; and [Proposed] Order          CASE NO. CIV. 05-2471 JSW