```
 1  BANNING MICKLOW & BULL LLP
    Eugene A. Brodsky, State Bar No. 36691
 2  Kurt Micklow, State Bar No. 113974
    Jennifer L. Fiore, State Bar No. 203618
 3  One Market, Steuart Tower, Suite 1440
    San Francisco, California 94105-1528
 4  Telephone:  (415) 399-9191
    Facsimile:   (415) 399-9192
 5
    Attorneys for Plaintiffs
 6  JEFFREY L. LUQUE, individually and as
    Guardian ad Litem for CHRISTINE LUQUE,
 7  a minor

 8
    PETER D. KEISLER
 9  Assistant Attorney General
    JOHN K. VINCENT
10  United States Attorney
    R. MICHAEL UNDERHILL
11  Attorney in Charge, West Coast Office
    JEANNE M. FRANKEN
12  Trial Attorney
    U.S. Department of Justice
13  Torts Branch, Civil Division
    450 Golden Gate Avenue, Room 7-5395
14  P.O. Box 36028
    San Francisco, CA 94102-3463
15  Telephone:  (415) 436-6644
    Facsimile:   (415) 436-6632
16
    Attorneys for Defendant
17  UNITED STATES OF AMERICA

18
                    UNITED STATES DISTRICT COURT
19
                   NORTHERN DISTRICT OF CALIFORNIA
20
```

| | | |
|---|---|---|
| 21 | JEFFERY L. LUQUE, individually and as Guardian ad Litem for CHRISTENE LUQUE, a minor, | Civ. No: C 05-2471 JSW |
| 22 | | **STIPULATION AND [PROPOSED] ORDER EXTENDING EXPERT DISCLOSURE DATE, EXPERT DISCOVERY, LAST DAY FOR HEARING DISPOSITIVE MOTIONS AND FURTHER CASE MANAGEMENT CONFERENCE DATE** |
| 23 | Plaintiffs, | |
| 24 | vs. | |
| 25 | THE UNITED STATES OF AMERICA, | |
| 26 | | |
| 27 | Defendant. | |
| 28 | | |

1

STIPULATION AND [PROPOSED] ORDER EXTENDING EXPERT DISCLOSURE
DATE, EXPERT DISCOVERY, LAST DAY TO HEAR DISPOSITIVE MOTIONS
AND FURTHER CASE MANAGEMENT CONFERENCE DATE              Case No. C 05-2471 JSW

**STIPULATION**

IT IS HEREBY STIPULATED by and between Plaintiffs Jeffrey Luque, individually and as Guardian Ad Litem for Christine Luque, and Defendant, United States of America, by and through their respective counsel of record, that the Court be respectfully requested to enter an order extending the deadlines for disclosure of expert witness, completion of expert discovery, the last day for hearing dispositive motions and the further case management conference date for a short period of time to allow the parties to attend the upcoming Settlement Conference without first having to incur the significant costs associated with expert discovery.

When the expert discovery deadlines were originally set by the Court, the parties had anticipated being in a position to attend a settlement conference before having to spend substantial resources to complete expert discovery.  However, the March 2006 settlement conference date was continued to June 7, 2006, Judge Larson's first available date, upon the request of Plaintiff to conduct further necessary medical examinations and evaluations of Mr. Luque's claimed damages.

The parties, therefore, stipulate and respectfully request that the Court enter an order extending the deadlines for disclosure of expert witnesses (currently June 6, 2006)  until June 16, 2006 and for completing expert discovery (currently June 21, 2006) until June 30, 2006 in order to allow the parties an opportunity to resolve this action through settlement at the upcoming Settlement Conference without having to incur additional costs for expert discovery.

Further, the parties respectfully and consequentially request that the related deadlines regarding the last day for hearing dispositive motions and the further case management conference (both currently July 28, 2006 at 9:00 a.m.) be continued for approximately two to three weeks depending on the Court's calendar.

///

2

STIPULATION AND [PROPOSED] ORDER EXTENDING EXPERT DISCLOSURE
DATE,  EXPERT DISCOVERY, LAST DAY TO HEAR DISPOSITIVE MOTIONS
AND FURTHER CASE MANAGEMENT CONFERENCE DATE                    Case No. C 05-2471 JSW

1  The parties do not expect the trial date or associated pretrial schedule to be
2  effected by these changes.
3       IT IS SO STIPULATED.

5  DATED: May 31, 2006                BANNING MICKLOW & BULL, LLP

7                                     By:   /s/ Jennifer L. Fiore
                                            KURT MICKLOW
8                                           JENNIFER L. FIORE

9                                     Attorneys for Plaintiffs
                                      JEFFREY L. LUQUE, individually and as
10                                    Guardian ad Litem for CHRISTINE
                                      LUQUE, a minor

12 DATED: May 31, 2006                PETER D. KEISLER
                                      Assistant Attorney General
13                                    JOHN K. VINCENT
                                      United States Attorney

15                                          /s/ Jeanne M. Franken
                                      JEANNE M. FRANKEN
16                                    Trial Attorney
                                      U.S. Department of Justice

                                      Attorneys for Defendant
18                                    UNITED STATES OF AMERICA

20              **CERTIFICATE OF SIGNATURE(S)**

21  I attest that the content of the document is acceptable to all persons above,
22  who were required to sign the document.        /S/ Jennifer L. Fiore

26 ///
27 ///
28 ///

3

STIPULATION AND [PROPOSED] ORDER EXTENDING EXPERT DISCLOSURE
DATE, EXPERT DISCOVERY, LAST DAY TO HEAR DISPOSITIVE MOTIONS
AND FURTHER CASE MANAGEMENT CONFERENCE DATE        Case No. C 05-2471 JSW

## ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED. Further, the last day for hearing dispositive motions and the case management conference shall be continued to August 11, 2006 at 9:00 a.m.    .

DATED: June 1        , 2006                    _____
                                                THE HONORABLE JEFFREY S. WHITE
                                                UNITED STATES DISTRICT JUDGE

4

STIPULATION AND [PROPOSED] ORDER EXTENDING EXPERT DISCLOSURE
DATE, EXPERT DISCOVERY, LAST DAY TO HEAR DISPOSITIVE MOTIONS
AND FURTHER CASE MANAGEMENT CONFERENCE DATE            Case No. C 05-2471 JSW