<table>
<tr><td>Jennifer Fiore<br>Of Counsel<br><br>E-mail: jfiore@<br>banningmicklow.com</td><td>**BANNING MICKLOW & BULL** LLP<br>ATTORNEYS AT LAW<br>One Market, Steuart Tower • Suite 1440<br>San Francisco, California 94105-1528<br>(415) 399-9191<br>Telecopier (415) 399-9192<br>E-mail: info@banningmicklow.com</td><td>SAN DIEGO<br>•<br>SAN FRANCISCO<br>•<br>AMERICAN SAMOA<br>•<br>LONDON</td></tr>
</table>

June 8, 2006



IT IS SO ORDERED
Judge James Larson

**VIA ELECTRONIC FILING**

The Honorable James Larson
United States District Court
Northern District of California
450 Golden Gate Avenue
Courtroom F, 15th Floor
San Francisco, California 94102

Re:   Luque v. United States of America, Case No. 05-2471 JSW (JL)

Dear Judge Larson:

In accordance with instructions from Venice Thomas, this letter is to confirm that the parties in the above-referenced matter are available on June 28, 2006, at 2:00 p.m. for the continued Settlement Conference.

Respectfully submitted,

BANNING MICKLOW & BULL LLP

/s/ Jennifer L. Fiore
Jennifer L. Fiore

cc by e-filing:   Jeanne Franken, Esq.
Attorneys for Defendant