1  BANNING MICKLOW & BULL LLP
   Eugene A. Brodsky, State Bar No. 36691
2  Kurt Micklow, State Bar No. 113974
   Jennifer L. Fiore, State Bar No. 203618
3  One Market, Steuart Tower, Suite 1440
   San Francisco, California 94105-1528
4  Telephone:  (415) 399-9191
   Facsimile:   (415) 399-9192
5
   Attorneys for Plaintiffs
6  JEFFREY L. LUQUE, individually and as
   Guardian ad Litem for CHRISTINE LUQUE,
7  a minor

8
   PETER D. KEISLER
9  Assistant Attorney General
   JOHN K. VINCENT
10 United States Attorney
   R. MICHAEL UNDERHILL
11 Attorney in Charge, West Coast Office
   JEANNE M. FRANKEN
12 Trial Attorney
   U.S. Department of Justice
13 Torts Branch, Civil Division
   450 Golden Gate Avenue, Room 7-5395
14 P.O. Box 36028
   San Francisco, CA 94102-3463
15 Telephone:  (415) 436-6644
   Facsimile:   (415) 436-6632
16
   Attorneys for Defendant
17 UNITED STATES OF AMERICA

18

19                UNITED STATES DISTRICT COURT

20                NORTHERN DISTRICT OF CALIFORNIA

21 JEFFERY L. LUQUE, individually and as    )  Civ. No: C 05-2471 JSW
   Guardian ad Litem for CHRISTENE          )
22 LUQUE, a minor,                          )  **STIPULATION AND
                                            )  REQUEST FOR DISMISSAL
23                Plaintiffs,               )  OF CHRISTINE LUQUE'S
                                            )  CAUSE OF ACTION AND
24 vs.                                      )  RELATED COUNTER-
                                            )  CLAIM WITHOUT
25 THE UNITED STATES OF AMERICA,            )  PREJUDICE; AND ORDER
                                            )  THEREON**
26                                          )
                  Defendant.                )
27 _____  )

28 ///

---

1

Stipulation and Request for Dismissal; and Order Thereon                    Case No. C 05-2471 JSW

1    **IT IS HEREBY STIPULATED** by the parties to the above-entitled action,
2    that Plaintiffs, Jeffrey Luque individually and as Guardian Ad Litem for Christine
3    Luque (a minor), and Defendant, United States of America, by and through their
4    respective counsel of record, that the Second Cause of Action concerning alleged
5    injuries to Christine Luque (also known as Christine Caetano) be dismissed,
6    *without prejudice.*

7    The parties further stipulate that the Defendant's related Counter-Claim
8    against Plaintiff, Jeffrey Luque, be dismissed, *without prejudice.*

9    Defendant, United States of America, enters this stipulation without waiving
10   any of its rights and/or defenses, including jurisdictional ones.

12   DATED: June 20, 2006                BANNING MICKLOW & BULL, LLP

14                                       By: /s/ Kurt Micklow
                                              KURT MICKLOW
15                                            EUGENE A. BRODSKY
                                              JENNIFER L. FIORE
16                                            Attorneys for Plaintiffs

18   DATED: June 19, 2006                PETER D. KEISLER
                                         Assistant Attorney General
19                                       JOHN K. VINCENT
                                         United States Attorney

21                                       /s/Jeanne M. Franken
                                         JEANNE M. FRANKEN
22                                       Trial Attorney
                                         U.S. Department of Justice

                                         Attorneys for Defendant
24                                       UNITED STATES OF AMERICA

25                          **CERTIFICATE OF SIGNATURE(S)**

26   I attest that the content of the document is acceptable to all persons above,
27   who were required to sign the document.          /S/ Kurt Micklow

|     |     |
| --- | --- |
| 1   |  |
| 2   | **~~(PROPOSED)~~ ORDER** |

# ~~(PROPOSED)~~ ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED. Plaintiffs' Second Cause of Action for alleged injuries to Christine Luque (Caetano) and Defendant's Related Counter Claim against Plaintiff, Jeffrey Luque, shall be dismissed, *without prejudice*.

DATED: June 21, 2006

_____
THE HONORABLE JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

Stipulation and Request for Dismissal; and Order Thereon    Case No. C 05-2471 JSW