BANNING MICKLOW & BULL LLP
Eugene A. Brodsky, State Bar No. 36691
Kurt Micklow, State Bar No. 113974
One Market, Steuart Tower, Suite 1440
San Francisco, California 94105-1528
Telephone: (415) 399-9191
Facsimile: (415) 399-9192

Attorneys for Plaintiff
JEFFREY L. LUQUE

PETER D. KEISLER
Assistant Attorney General
JOHN K. VINCENT
United States Attorney
R. MICHAEL UNDERHILL
Attorney in Charge, West Coast Office
JEANNE M. FRANKEN
Trial Attorney
U.S. Department of Justice
Torts Branch, Civil Division
450 Golden Gate Avenue, Room 7-5395
P.O. Box 36028
San Francisco, CA 94102-3463
Telephone: (415) 436-6644
Facsimile: (415) 436-6632

Attorneys for Defendant
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JEFFERY L. LUQUE,

Plaintiff,

vs.

THE UNITED STATES OF AMERICA,

Defendant.

Civ. No: C 05-2471 JSW

**STIPULATION AND REQUEST FOR DISMISSAL OF PLAINTIFF'S THIRD CAUSE OF ACTION WITHOUT PREJUDICE; AND ORDER THEREON**

IT IS HEREBY STIPULATED by the parties to the above-entitled action, by and through their respective counsel of record, that the Third Cause of Action asserted by Plaintiff for property damage to the vessel known as THE GARGOYLE be dismissed without prejudice pursuant to Rule 41(a)(2). Defendant, United States of America, enters this stipulation without waiving any of its rights and/or defenses, including jurisdictional ones.

DATED: June 27, 2006

BANNING MICKLOW & BULL, LLP

By: /s/ Kurt Micklow
KURT MICKLOW
EUGENE A. BRODSKY

Attorneys for Plaintiff
JEFFREY L. LUQUE

DATED: June 27, 2006

PETER D. KEISLER
Assistant Attorney General
JOHN K. VINCENT
United States Attorney

/s/Jeanne M. Franken
JEANNE M. FRANKEN
Trial Attorney
U.S. Department of Justice

Attorneys for Defendant
UNITED STATES OF AMERICA

**CERTIFICATE OF SIGNATURE(S)**

I attest that the content of the document is acceptable to all persons above, who were required to sign the document. /S/ Kurt Micklow

///

///

///

2

STIPULATION AND REQUEST FOR DISMISSAL OF PLAINTIFF'S THIRD CAUSE OF ACTION WITHOUT PREJUDICE; AND ORDER THEREON Case No. C 05-2471 JSW

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED. Plaintiff's Third Cause of Action for property damage shall be dismissed without prejudice.

DATED: June 28, 2006

THE HONORABLE JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE