BANNING MICKLOW & BULL LLP
Eugene A. Brodsky, State Bar No. 36691
Kurt Micklow, State Bar No. 113974
One Market, Steuart Tower, Suite 1440
San Francisco, California 94105-1528
Telephone:  (415) 399-9191
Facsimile:   (415) 399-9192

Attorneys for Plaintiff
JEFFREY L. LUQUE


PETER D. KEISLER
Assistant Attorney General
JOHN K. VINCENT
United States Attorney
R. MICHAEL UNDERHILL
Attorney in Charge, West Coast Office
JEANNE M. FRANKEN
Trial Attorney
U.S. Department of Justice
Torts Branch, Civil Division
450 Golden Gate Avenue, Room 7-5395
P.O. Box 36028
San Francisco, CA 94102-3463
Telephone:  (415) 436-6644
Facsimile:   (415) 436-6632

Attorneys for Defendant
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFERY L. LUQUE,<br><br>           Plaintiff,<br><br>vs.<br><br>THE UNITED STATES OF AMERICA,<br><br>           Defendant.<br>_____ | Civ. No: C 05-2471 JSW<br><br>**STIPULATION AND [PROPOSED] ORDER RELATING AND CONSOLIDATING LOPEZ V. UNITED STATES OF AMERICA, CASE NO. 06-3552 MJJ, AND VACATING ALL PRETRIAL AND TRIAL DATES IN THE PRESENT ACTION EXCEPT SETTLEMENT CONFERENCE** |

# STIPULATION

## 1. Relation of Case No. 05-2471 JSW to Case No. 06-3552 MJJ

On June 17, 2005, Jeffrey Luque's complaint was filed against the Defendant United States of America. Mr. Luque's case involves a complaint for negligence under the general maritime law. Mr. Luque has alleged that he was injured on June 5, 2004, while fishing with his family on THE GARGOYLE (a 23-foot Bayliner Trophy) in Suisun Bay, California, near the Ready Reserve Fleet of the United States Maritime Administration ("MARAD").

On June 2, 2006, a complaint was filed by Peggy Lopez against the United States and was assigned to Judge Jenkins, Case No. 06-3552 MJJ. Ms. Lopez's claim against the United States is based on the alleged property damage to THE GARGOYLE incurred in the same June 5, 2004 incident that gave rise to Mr. Luque's complaint. Ms. Lopez was the sole owner of THE GARGOYLE on the day of the incident.

On June 9, 2006, Mr. Luque and Ms. Lopez filed notices of related cases in their actions. Plaintiff asserts that the Summons & Complaint in Ms. Lopez's action have been served on the United States. Defendant United States has 60 days to respond following service. Counsel for the Government has not yet received the service copies of the Lopez complaint.

## 2. Settlement Conference with Judge Larson

The parties in the present action had been ordered to participate in a settlement conference with Judge Larson. Due to an error in scheduling the conference, the settlement conference did not occur on June 7, 2006 at 2:00 p.m. Judge Larson has reset the settlement conference for August 2, 2006.

## 3. Consolidation of the Cases and Vacating Current Deadlines in Mr. Luque's Case

Based upon the above developments, the parties agree that both actions should be related pursuant to Local Rule 3-12 and consolidated for all purposes,

1  that the current deadlines and trial date of October 23, 2006 in Case No. 05-2471
2  JSW should be vacated, including the case management conference on August 11,
3  2006, that the settlement conference before Magistrate Judge Larson should be
4  kept on calendar and that a new scheduling order covering both actions should be
5  issued after the United States appears in Ms. Lopez's action.  The parties,
6  therefore, stipulate and respectfully request that the Court vacate all current pretrial
7  and trial dates in Case No. 05-2471 JSW with the exception of the settlement
8  conference and issue an order relating and consolidating the two cases.
9        IT IS SO STIPULATED.
10 DATED:  June 27, 2006                    BANNING MICKLOW & BULL, LLP

12                                          By:      /s/ Kurt Micklow
13                                               KURT MICKLOW
                                                 EUGENE A. BRODSKY

                                            Attorneys for Plaintiffs
15                                          JEFFREY L. LUQUE, individually and as
                                            Guardian ad Litem for CHRISTINE
16                                          LUQUE, a minor

17
   DATED:  June 27, 2006                    PETER D. KEISLER
18                                          Assistant Attorney General
                                            JOHN K. VINCENT
19                                          United States Attorney

20
                                                 /s/ Jeanne M. Franken
21                                          JEANNE M. FRANKEN
                                            Trial Attorney
22                                          U.S. Department of Justice

23                                          Attorneys for Defendant
                                            UNITED STATES OF AMERICA
24

25              **CERTIFICATE OF SIGNATURE(S)**

26
       I attest that the content of the document is acceptable to all persons above,
27 who were required to sign the document.       /S/ Kurt Micklow

28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED. All pretrial and trial dates in this matter including the August 11, 2006 case management conference are vacated. The Court will consider setting new pretrial and trial dates in the related and consolidated cases at a case management conference to be held ~~after September 2006.~~ on September 29, 2006 at 1:30 p.m. The parties' joint case management conference statement shall be due on September 22, 2006.

DATED: June 28 , 2006

_____
THE HONORABLE JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

4

STIPULATION AND [~~PROPOSED~~] ORDER RELATING AND CONSOLIDATING LOPEZ V. UNITED STATES OF AMERICA, CASE NO. 06-3552 MJJ, AND VACATING ALL PRETRIAL AND TRIAL DATES IN THE PRESENT ACTION EXCEPT SETTLEMENT CONFERENCE     Case No. C 05-2471 JSW