| | **BANNING MICKLOW & BULL** LLP | |
|---|---|---|
| Kurt Micklow<br>Partner<br><br>E-mail:kmicklow@<br>banningmicklow.com | ATTORNEYS AT LAW<br>One Market, Steuart Tower • Suite 1440<br>San Francisco, California 94105-1528<br>(415) 399-9191<br>Telecopier (415) 399-9192<br>E-mail: info@banningmicklow.com | SAN DIEGO<br>•<br>SAN FRANCISCO<br>•<br>AMERICAN SAMOA<br>•<br>LONDON |

January 23, 2007



**VIA E-FILING**

The Honorable James Larson
United States District Court
Northern District of California
450 Golden Gate Avenue
Courtroom F, 15th Floor
San Francisco, California 94102

    Re:   *Luque v. United States of America,* Case No. 05-2471 JSW and *Lopez v. United States of America*, Case No. 06-3552 JSW (Consolidated Cases)

Dear Judge Larson:

    Judge White has ordered and the parties are interested in scheduling a further settlement conference with you in the above consolidated cases. We have spoken with your secretary who has advised us that you would be available on March 21, 2007 at 2:00 p.m. Jeanne Franken, counsel for the United States in this matter has agreed to that date and time and our clients and we are available. Accordingly, the parties respectfully request that a further settlement conference be ordered in these cases for March 21, 2007 at 2:00 p.m. in your courtroom. Thank you.

                                      Very truly yours,

                                      Kurt Micklow

KLM/td