PETER D. KEISLER
Assistant Attorney General
SCOTT N. SCHOOLS
United States Attorney
R. MIKE UNDERHILL
Attorney in Charge, West Coast Office
Torts Branch, Civil Division
JEANNE M. FRANKEN
Trial Attorney
Torts Branch, Civil Division
U.S. Department of Justice
P.O. Box 36028
450 Golden Gate Avenue, Room 7-5395
San Francisco, California 94102-3463
Telephone: (415) 436-6644
Facsimile: (415) 436-6632
E-mail: jeanne.franken@usdoj.gov
Attorneys for Defendant
United States of America

BANNING MICKLOW & BULL LLP
Eugene A. Brodsky, State Bar No. 36691
Kurt Micklow, State Bar No. 113974
One Market, Steuart Tower, Suite 1440
San Francisco, California 94105-1528
Telephone: (415) 399-9191
Facsimile: (415) 399-9192
Attorneys for Plaintiffs

JEFFERY L. LUQUE and
PEGGY LEE LOPEZ

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JEFFERY L. LUQUE, individually and as Guardian ad Litem for CHRISTENE LUQUE, a minor<br>Plaintiff,<br>vs.<br>THE UNITED STATES OF AMERICA,<br>Defendant.<br>______________________<br>PEGGY LEE LOPEZ,<br>Plaintiff,<br>vs.<br>THE UNITED STATES OF AMERICA,<br>Defendant.<br>______________________ | Civ. No: C 05-2471 JSW<br>CONSOLIDATED WITH<br>Civ. No. C 06-3552 JSW<br>IN ADMIRALTY<br><br>STIPULATED ORDER VACATING TRIAL DATE, AND SETTING FURTHER STATUS CONFERENCE |

The parties hereto, through the undersigned consents of their counsel of record, do hereby

Represent that counsel for defendant, United States of America, has agreed to recommend formal acceptance of an offer of settlement by counsel for the remaining plaintiffs, Jeffrey L. Luque and Peggy Lee Lopez, which offer, if accepted, will result in a full and final settlement of all claims by all parties herein, and further

Agree and request that the trial date of July 2, 2007 be, therefore, vacated, and further

Agree and request that a status conference be convened on August 17, 2007 at 1:30 P.M. in the event a final consent judgment has not been entered by that date.

IT IS SO STIPULATED:

Dated: June 14, 2007

PETER D. KEISLER
Assistant Attorney General
SCOTT N. SCHOOLS
United States Attorney
R. MIKE UNDERHILL
Attorney in Charge, West Coast Office
Torts Branch, Civil Division

s/Jeanne M. Franken
JEANNE M. FRANKEN
Trial Attorney
Torts Branch, Civil Division
U.S. Department of Justice

Attorneys for Defendant
United States of America

Dated: June 15, 2007

Banning Micklow & Bull, LLP

/s/ Kurt Micklow
KURT MICKLOW

Attorneys for Plaintiffs
Jeffery L. Luque and Peggy Lee Lopez

**CERTIFICATE OF SIGNATURE(S)**

I attest that the content of the document is acceptable to all persons above, who were required to sign the document. /S/ Kurt Micklow

IT IS SO ORDERED this 15th day of June, 2007, in San Francisco, California.

UNITED STATES DISTRICT JUDGE