PETER D. KEISLER
Assistant Attorney General
SCOTT N. SCHOOLS
United States Attorney
R. MICHAEL UNDERHILL
Attorney in Charge, West Coast Office
Torts Branch, Civil Division
JEANNE M. FRANKEN
Trial Attorney
Torts Branch, Civil Division
U.S. Department of Justice
P.O. Box 36028
450 Golden Gate Avenue, Room 7-5395
San Francisco, California 94102-3463
Telephone: (415) 436-6644
Facsimile: (415) 436-6632
E-mail: jeanne.franken@usdoj.gov

Attorneys for Defendant
United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JEFFERY L. LUQUE, individually and as Guardian ad Litem for CHRISTENE LUQUE, a minor<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | Case No. C 05-2471 JSW<br>CONSOLIDATED WITH<br>Case No. C 06-3552 JSW<br><br>IN ADMIRALTY<br><br><u>CONSENT JUDGMENT</u> |
| PEGGY LEE LOPEZ,<br><br>Plaintiff,<br><br>vs.<br><br>THE UNITED STATES OF AMERICA,<br><br>Defendant. | |

The above captioned consolidated actions having been compromised in their entirety, it is, upon the subjoined consents of counsel, hereby

ORDERED AND ADJUDGED that defendant, United States of America, shall pay to Banning Micklow & Bull LLP in trust for Jeffery Luque the sum of Fifty-Five Thousand, Four Hundred and Eighty Dollars and No Cents ($55,480.00), and to Banning Micklow & Bull LLP in trust for Peggy Lee Lopez the sum of Four Thousand, Five Hundred and Twenty Dollars and No Cents ($4,520.00), without interest and without costs.

DONE and ORDERED this 12th day of July, 2007 at San Francisco, California.

_____
UNITED STATES DISTRICT JUDGE

We hereby consent to the entry of the foregoing Consent Judgment:

Dated: July 9, 2007

PETER D. KEISLER
Assistant Attorney General
SCOTT N. SCHOOLS
United States Attorney
R. MICHAEL UNDERHILL
Attorney in Charge, West Coast Office
Torts Branch, Civil Division

_____
JEANNE M. FRANKEN
Trial Attorney
Torts Branch, Civil Division
U.S. Department of Justice

Attorneys for Defendant
United States of America

Dated: July 11, 2007

Banning Micklow & Bull, LLP

_____
KURT MICKLOW

Attorneys for Plaintiffs
Jeffery L. Luque and Peggy Lee Lopez